# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAMIAN POND,<br><br>                    Plaintiff,<br><br>vs.<br><br>TIGER EXPRESS, INC., a Nebraska Corporation;<br><br>                    Defendant. | 8:19CV03<br><br>ORDER |

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **July 13, 2020**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 12th day of June, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge